UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
SENNETT STEEL HOLDINGS CORP.  Case No. 04-56094 SWR
Tom Sennet  Chapter 7
Sennett Steel Corporation  HON. Steven W. Rhodes

               Debtor(s).               /

## AMENDED NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Vaughn Pettway<br>17537 San Juan<br>Detroit, MI 48221 | 53 | $685.05 |
| (Taxes due on wage claim/unavailable social security number) | | $432.35 |
| Citizens Management, Inc.<br>Kathleen McNichol Behn, 600 S. Adams Rd., Ste. 300<br>Birmingham, MI 48009-6827 | 5 | $1,419.75 |
| Corporate Personnel Services<br>17177 N. Laurel Park Drive, Suite 139<br>Livonia, MI 48152 | 7 | $73.59 |
| Universal Steel Company<br>PO Box 73772-N<br>Cleveland, OH 44193-0289 | 14 | $506.09 |
| Detroit-Pittsburgh Motor Freight, Inc.<br>1725 Miller Road<br>Dearborn, MI 48120 | 17 | $138.63 |
| Jaro Transportation Services<br>PO Box 75830<br>Cleveland, OH 44101-2199 | 19 | $11.55 |
| SBC Paging<br>PO Box 5087 | 22 | $22.17 |

Saginaw, MI 48605-5087

| | | |
|---|---|---|
| Sparks Belting Company<br>PO Box 2647<br>Grand Rapids, MI 49501 | 31 | $38.73 |
| United States Steel Corp.<br>Attn: Daniel K. Francis, 600 Grant St., Rm 1344<br>Pittsburgh, PA 15219-2800 | 38 | $1,633.31 |
| ISG Cleveland, Inc.<br>PO Box 72508<br>Cleveland, OH 44192-0508 | 50 | $2,754.78 |
| International Union, United Auto.<br>Aerospace and Agri. Imple. Wrkrs.,C/O, Niraj R.<br>Ganatra,8000 E. Jefferson Ave.<br>Detroit, MI 48214 | 61 | $201.30 |
| | **TOTAL** | **$7,917.30** |

Dated: March 23, 2011

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com